IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALAN BEAVER WAY, 37282-037, ) <br> A.K.A. ALAN LAVERTE WAY, ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN TERRY O'BRIEN, ) <br>     Respondent. ) | Civil Action No. 7:07-cv-00355 <br><br> **FINAL ORDER** <br><br> By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2241, is hereby **DENIED** and **DISMISSED**. The action is hereby stricken from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 24th day of July, 2007.

_____
United States District Judge