CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 0 2 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALAN BEAVER WAY, 37282-037, | ) | |
| A.K.A. ALAN LAVERTE WAY, | ) | |
|     Petitioner, | ) | Civil Action No. 7:07-cv-00355 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN TERRY O'BRIEN, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED and ORDERED** that petitioner's motion for reconsideration is hereby **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 2d day of August, 2007.

_____
United States District Judge